Order Form (01/2005)
...



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 140 - 4 | **DATE** | 2/21/2008 |
| **CASE TITLE** | USA vs. ose Eduardo Cisneros-Rubio | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 2/21/2008. Gerardo S. Gutierrez is granted leave for appointment of counsel. Allison Siegler's appearance is hereby withdrawn. Defendant's oral motion to continue detention hearing and preliminary examination is granted to 2/27/08 at 1:00 p.m.

Docketing to mail notices.

00:05



| | Courtroom Deputy Initials: | yp |
|---|---|---|