# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of   

JOSE EDUARDO CISNERO-RUBIO

Case Number:

08 CR 140-4

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOSE EDUARDO CISNERO-RUBIO

**FILED**

FEB 21 2008
Feb 21 2008
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

| Field | Value |
|---|---|
| NAME (Type or print) | GERARDO S. GUTIERREZ |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ GERARDO S. GUTIERREZ |
| FIRM | LAW OFFICES OF GERARDO S. GUTIERREZ |
| STREET ADDRESS | 53 W. Jackson Blvd., Ste. 1122 |
| CITY/STATE/ZIP | Chicago, IL 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6210618 |
| TELEPHONE NUMBER | (312) 786-9970 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ✓ |