Order Form (01/2005)

*MHN*

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 140 - 4 | **DATE** | 2/27/2008 |
| **CASE TITLE** | USA vs. Jose Eduardo Cisneros-Rubio | | |

**DOCKET ENTRY TEXT**

Preliminary Examination held on 2/27/08 as to Jose Eduardo Cisneros-Rubio (4).   Witness testimony taken in open court.  Government's exhibit Prelim 1 through 7 admitted..  Court hereby finds probable cause and orders the defendant bound to the District Court for further proceedings as stated in open court.   Defendant's oral motion to continue detention is granted to 3/5/08 at 10:00 a.m.

Docketing to mail notices.

00:30



| | | Courtroom Deputy Initials: | yp |
|---|---|---|---|