# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 140 - 4 | **DATE** | 3/5/2008 |
| **CASE TITLE** | USA vs. Jose Eduardo Cisneros-Rubio | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 3/5/2008 as to Jose Eduardo Cisneros-Rubio (4). Defendant waives detention without prejudice. Defendant to remain in custody until further notice.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|