UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 140-4 |
| | ) | Magistrate Judge Maria Valdez |
| JOSE EDUARDO CISNEROS-RUBIO | ) | |

**GOVERNMENT'S AGREED MOTION TO DISMISS**
**COMPLAINT WITHOUT PREJUDICE**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court for a dismissal without prejudice of the Criminal Complaint in the above-captioned case, pursuant to Fed. R. Crim. P. 48(a), as to defendant JOSE EDUARDO CISNEROS-RUBIO .

Counsel for the government has spoken with counsel for defendant CISNEROS-RUBIO, and defendant's counsel agrees to the entry of an order dismissing the Criminal Complaint without prejudice as to him.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/ Christopher K. Veatch
CHRISTOPHER K. VEATCH
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-3389

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

Government's Agreed Motion to Dismiss Complaint Without Prejudice,

as served on March 12, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                              s/ Christopher K. Veatch
                                              CHRISTOPHER K. VEATCH
                                              Assistant U.S. Attorney
                                              219 S. Dearborn St., Room 500
                                              Chicago, Illinois  60604
                                              (312) 886-3389