UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 140-4 |
| | ) | Magistrate Judge Maria Valdez |
| JOSE EDUARDO CISNEROS-RUBIO | ) | |

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that on TUESDAY, March 18, 2008, at 10:00 a.m., at the opening or as soon thereafter as counsel may be heard, I will appear before the Honorable Maria Valdez or any other Judge that may be sitting in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present GOVERNMENT'S AGREED MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE, in the above-captioned case, at which time and place you may appear if you see fit.

                                               Respectfully submitted,

                                               PATRICK J. FITZGERALD
                                               United States Attorney

                            By:    s/ Christopher K. Veatch
                                   CHRISTOPHER K. VEATCH
                                   Assistant U.S. Attorney
                                   219 S. Dearborn St., Room 500
                                   Chicago, Illinois  60604
                                   (312) 886-3389

**CERTIFICATE OF SERVICE**

  The undersigned Assistant United States Attorney hereby certifies that the following document:

  Government's Notice of Motion,

as served on March 12, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

              s/ Christopher K. Veatch
              CHRISTOPHER K. VEATCH
              Assistant U.S. Attorney
              219 S. Dearborn St., Room 500
              Chicago, Illinois  60604
              (312) 886-3389