Order Form (01/2005)


# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 140-4 | **DATE** | 3/12/2008 |
| **CASE TITLE** | USA vs. Jose Eduardo Cisneros-Rubio | | |

DOCKET ENTRY TEXT

Enter Order granting Government's agreed motion to dismiss complaint without prejudice as to Jose Eduardo Cisneros-Rubio (4). It Is Further Ordered, that defendant Jose Eduardo Cisneros-Rubio (4) shall be release from custody forthwith.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



U.S. DISTRICT COURT

2008 MAR 12 PM 2: 10

FILED

| | Courtroom Deputy Initials: | yp |
|---|---|---|