

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 140-4 |
| | ) | Magistrate Judge Maria Valdez |
| JOSE EDUARDO CISNEROS-RUBIO | ) | |

### ORDER

The government has requested that the Criminal Complaint in the above-referenced matter be dismissed as to defendant JOSE EDUARDO CISNEROS-RUBIO without prejudice. Furthermore, defendant CISNEROS-RUBIO agrees to the entry of an order dismissing the Criminal Complaint against him without prejudice.

IT IS HEREBY ORDERED THAT the Criminal Complaint in this matter be dismissed as to defendant JOSE EDUARDO CISNEROS-RUBIO without prejudice.

IT IS ALSO HEREBY ORDERED THAT defendant JOSE EDUARDO CISNEROS-RUBIO is to be RELEASE FROM CUSTODY FORTHWITH.

SO ORDERED:

_____
MARIA VALDEZ
United States Magistrate Judge

DATED: March 12, 2008